# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**BARRY FINE** and **RICHARD BARON,**
Appellants,

v.

**WENDY FINE** and **BANK OF AMERICA CORPORATION**, d/b/a
**MERRILL LYNCH BANK OF AMERICA CORPORATION,**
Appellees.

No. 4D2023-1575

[December 21, 2023]

Appeal of nonfinal order from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Michael Joseph McNicholas, Judge; L.T. Case No. 432023CA000084CAAXMX.

Jerrell Breslin and Jonathan Noah Schwartz of Schwartz Breslin, Attorneys at Law, Miami, for appellants.

William R. Ponsoldt, Jr., of Wright, Ponsoldt & Lozeau, Stuart, for appellee Wendy Fine.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., GERBER and KUNTZ, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***